UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MTGLQ INVESTORS LP ) | |
| ) | |
| v. ) | CIVIL NO. 1:19-cv-00442-DBH |
| ) | |
| BARRY J BUCK ) | |

ORDER

All further action is hereby **ORDERED** stayed pending the resolution of the federal moratorium on federally backed mortgages, and there appearing to be no further reason at this time to maintain the file as an open case for statistical purposes, this case shall now be administratively closed.

Nothing contained in this Order shall be considered a dismissal or disposition of this matter and, should further proceedings in it become necessary or desirable, any party may initiate them in the same manner as if this Order had not been entered.

**SO ORDERED**.

Dated this 10th day of March, 2021.

/s/ D. Brock Hornby
**D. Brock Hornby**
**U.S. District Judge**